1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2 | Name _Allums_  _Steven_  _J_
3 |     (Last)    (First)    (Initial)

4 | Prisoner Number _V76530_
5 | Institutional Address _San Quentin Prison_
6 | _____

7 | UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

8 | _Steven J Allums_
9 | (Enter the full name of plaintiff in this action.)

10 | vs.
11 | _Board of Prison Hearing_
12 | _Mr. Kame (Commissioner)_
13 | _Parole Office and Agent_
14 | _and Supervisor T. Lopez_
    _Manny Sanchez, (Agent)_
    (Enter the full name of the defendant(s) in this action)

Case No. **CV 08 2231 MHP (PR)**
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

E-filing

FILED APR 29 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

15 |
16 | *[All questions on this complaint form must be answered in order for your action to proceed..]*

17 | I.   Exhaustion of Administrative Remedies.
18 | [**Note:** You must exhaust your administrative remedies before your claim can go
19 | forward. The court will dismiss any unexhausted claims.]
20 |   A.   Place of present confinement _San Quentin State Prison_
21 |   B.   Is there a grievance procedure in this institution?
22 |       YES (✓)   NO ( )
23 |   C.   Did you present the facts in your complaint for review through the grievance
24 |       procedure?
25 |       YES (✓)   NO ( )
26 |   D.   If your answer is YES, list the appeal number and the date and result of the
27 |       appeal at each level of review. If you did not pursue a certain level of appeal,
28 |       explain why.

COMPLAINT     - 1 -

1. Informal appeal  C, Informal level (Date Returned to Inmate 4/7/2008. Staff Response.

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. I did.

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Steven Allums V-76530 San Quentin State Prison San Quentin CA, 94974 Houseing 2-H-14low

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

COMPLAINT                                    -2-

1. Board of Prison Hearings Mr. Kame, Commissioner
2. Parole officer Manny Sanchez, and supervisor Lopez unit 4
3. P&CSD
4.
5. III.   Statement of Claim.
6.      State here as briefly as possible the facts of your case. Be sure to describe how each
7. defendant is involved and to include dates, when possible. Do not give any legal arguments or
8. cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9. separate numbered paragraph.
10. Mr. Allums was put on CCCMS and P.O.C groups his
11. First Prison release. Because he was taken
12. Psych. meds. He stay on them to his release.
13. went to check in to Parole Agent when release
14. Told unit 4 S.F Parole Dr. Psych. Dr. I don't want
15. in Progarm any more. Got re Arrested send to DVI
16. Tracy Prison. Got sign off before release.
17. Send copys to Agent Sanchez 2 months before
18. release. was release didn't turn this self in for
19. A Bit. then was Charge with NIT reporting
20. And missing P.O.C group. Agent Sanchez Are
21. Commissioner Mr. Kame didn't even check
22. computer Are records
23. IV.   Relief.
24.      Your complaint cannot go forward unless you request specific relief. State briefly exactly
25. what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26. 5000.00 for Pain And Suffering
27. Plus Wrongfully charging me with
28. missing P.O.C group I should be paid by
Parole dept. Are who the court see
COMPLAINT   should. For -3- This wrong Action

1  _____
2  _____
3  _____
4  _____
5      I declare under penalty of perjury that the foregoing is true and correct.
6
7      Signed this 4 day of 10, 2008
8
9           Steven J Allums
10                    (Plaintiff's signature)

COMPLAINT                              - 4 -

**MENTAL HEALTH EVALUATION (CDCR 7386 Page 4)**

Eval Date: _____   Creation Date: 2/22/08

**Current Working Diagnosis: (DSM IV)**

**Axis I**
311     Depressive Disorder, NOS, by History
304.00  Opioid Dependence

**Axis II**
799.9   Diagnosis Deferred on Axis II

History of Exhibitionism: No
Details:

**Axis III**
post MVA- blind in one eye; significant back injury

**Axis IV**
Incarceration; homelessness

**Axis V**
71 Calculated GAF

| 70 | 70 | 75 | 70 |
|---|---|---|---|
| Psych Impair | Soc Skill | Danger | ADL |

Medical Impairment: 70
Ancillary Impairment: 70

**Diagnostic Comments:**
Requires residential substance abuse tx. for heroin addiction.

**Criteria that Justify the Controlling Diagnosis**

Treated in past for depression and anxiety. Has been off of medications for several months in conjunction with his Psychiatrist at Parole Outpatient Clinic. Does not want to be back in treatment and is not in any crisis. No symptoms of major mental illness at this time.

**Recommendation:**

**This patient: Does Not Meet Criteria for Inclusion in the Mental Health Treatment Program**

Level of Care: GP

**RECOMMENDED FOLLOW UP/Initial Treatment Plan:**
No mental health follow-up required at this time.

Recommended Housing: _____
Recommended Follow-up: ___ Days   Medication Follow-up: ___ Days

Gorewitz    2/22/08
Clinician   Date      Signature

Date/Time Finished: 2/22/08 1:20 PM

| MENTAL HEALTH EVALUATION CDCR 7386 Page 4 of 4 | LEVEL OF CARE GP | CDC# V76530 | |
|---|---|---|---|
| Confidential Client/Patient Information | | Last: Allums | First: Steven |
| Department of Corrections and Rehabilitation    State of California | Date Printed 2/22/08 | DOB 7/14/50     Eth Bla | Institution SQ    House B 2 -008U |

Reception Center: DVI

# MENTAL HEALTH SCREENING

CDC No: V76530  Name: ALLUMS  Housing: F-108L  Counselor: CTS

☑ This inmate has completed routine mental health screening and is:

- ☐ Cleared for general population (no restrictions).
- ☑ Referred for further evaluation  ☐ Referred for Crisis care.
- ☐ Able, but unwilling to participate in clinical assessment.

☐ This inmate was interviewed after ☐ staff ☐ self referral on _____ and the following action was taken:

- ☐ Cleared for continued programming. ☐ Referred for further evaluation.
- ☐ Other: _____

☐ This inmate is non English speaking. Primary language: _____

Clinician, _____

CDC 128c   Arrival Date: 12/06/2007   ScreenDate: 12-07-2007

ATTN: SAN QUENTIN BOARD

Here is paper work to show Mr. Allums was not in Mental Health Program when charged.

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: _____ Institution/Parole Region _____ Log No. _____ Category _____
1. _____   1. _____
2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Steven Allums
NUMBER: V76530
ASSIGNMENT: Volunteer Kitchen some days
UNIT/ROOM NUMBER: H Unit 2-141

**A. Describe Problem:** Mr. Allums Black Age 58 who on Parole unit 4 San Francisco, was wrongly charge with missing P.O.C Group. Mr. Allums and his lawer ask Please check computer Please check D.V.I where 12-07-2007 Mr. Allums was put in for evaluation. 12-18-2007 Mr. Allums was remove from Mental Health Program. Remove off mental Health Status. So when release Mr. Allums was not "CCCMS" not on Psych meds. had no P.O.C Groups. his Agent didn't check.

If you need more space, attach one additional sheet.

**B. Action Requested:** Mr. Kame who talk to Mr. Allums didn't give Mr. Allums a chance and check. Just gave Mr. Allums Flat Time. Ask ½ time back. Ask this cleared up with out new hearing. Or if not to have one. Ask 5000.00 for Pain & wrongfulee Charge.

Inmate/Parolee Signature: Steven Allums        Date Submitted: 4-3-08

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: You must talk to your attorney about this not the BPH-DRU. The BPH does not have an appeal process you must file a writ with the courts to appeal any decision made by the Board

Staff Signature: [signature]        Date Returned to Inmate: 4/7/08

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____        Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

California State Prison — MENTAL HEALTH REMOVAL CHRONO — Department of Corrections and Rehabilitation

| Number V76530 | Last Allums | First Steven | House B 2-008U | Date 2/22/08 | SQ |

→ THIS INMATE HAS COMPLETED A MENTAL HEALTH EVALUATION OR TREATMENT PROGRAM AND NO LONGER MEETS CRITERIA FOR INCLUSION IN THE MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS). (Check applicable box below).

→ ☐ a) As of  2/22/08  this CCCMS inmate has been in remission and free of psychotropic medication for one year. He is discharged from MHSDS. (Obtain Chief Psychiatrist signature below)

☐ b) The inmate was placed in the MHSDS based on Medical Necessity on _____ . Medical necessity no longer exists, treatment has stopped and inmate is discharged from MHSDS. Requires Chief Psychiatrist's signature.

☐ c) The inmate was initially designated as an MHSDS patient at a Reception Center. Within the last 90 days the inmate has transferred to an MHSDS facility. Based on a review of the inmate's Unit Health Record, Central File, and evaluation by the IDTT, the IDTT has concluded that the Inmate does not meet the criteria for continued inclusion in the MHSDS.

☐ d) The inmate has completed a Crisis Bed Program, and is discharged from MHSDS.

**Additional Information**

Clinician  Gorewitz     Signature [signed]

Chief of Mental Health _____

Team Leader Signature _____

CDC Psychiatric 128C

Distribution: Pink-Central File; Blue-Unit Health Record; White- MH File, Inmate

---

4-15-08
Just got this statement back Please catch it up with paperwork I Just mail your office/court

with this STATement showing that I (MR Allums) WAS NOT IN ANY mental HeaLTH PROGARM. Time of charge I miss A P.O.C group that got me Flat time.
But what I Am upset with is my Asent Are SAN Quentin hearing Person. DIDNT Take time to check. I WAS NOT PART OF Any menTal HealTH PROGARM Any more! P.O.C groups "psych meds" CCCMS STATUS" was remove 12-15-07 D.V.I Tracy prison
I hope the court Find Yes I WAS wrongfully charge with missing A P.O.C group. And find it where I can be paid FOR wrongfully charseing me "plus Pain And suffering what the courts see Fit I WANT !

