FILED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Steven Allums
    Plaintiff,

vs.

Board Prison Commissioner
Mr. Kame And Parole Office
Unit 4 S. P CA
Mr. Sanchez
    Defendant.

CASE NO. CV 08 2231 MHP (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Steven Allums, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or            Yes ____ No ✓
10          self employment
11     b.    Income from stocks, bonds,         Yes ____ No ✓
12          or royalties?
13     c.    Rent payments?                     Yes ____ No ✓
14     d.    Pensions, annuities, or            Yes ____ No ✓
15          life insurance payments?
16     e.    Federal or State welfare payments, Yes ____ No ✓
17          Social Security or other govern-
18          ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.    Are you married?                       Yes ____ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____  Net $_____
28 4.    a.    List amount you contribute to your spouse's support:$ _____

APP. TO PROC. IN FORMA PAUPERIS                - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?   Yes ____ No ✓
Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?   Yes ____ No ✓
Make _____ Year _____ Model _____
Is it financed? Yes ____ No ✓ If so, Total due: $ _____
Monthly Payment: $ _____

7.  Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____
Do you own any cash? Yes ____ No ✓ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

_____

8.  What are your monthly expenses?
Rent: $ __NONE__   Utilities: __NONE__
Food: $ __NONE__   Clothing: __NONE__
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NONE | $ NONE | $ NONE |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do **not** include account numbers.)

_____ NONE _____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ___ I don't know

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4-10-08                              Steven Allums
DATE                                SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __STEVEN Allums__ for the last six months
[prisoner name]
__San quentin State Prison__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __OO__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __OO__.

Dated: __4/17/08__          _____Q. Wise CCI_____
                              [Authorized officer of the institution]

```
PORT ID: TS3030   .701                                          REPORT DATE: 04/03/08
                                                                PAGE NO:           1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                                SAN QUENTIN PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: DEC. 31, 2007 THRU APR. 03, 2008

COUNT NUMBER : V76530                         BED/CELL NUMBER: H 0200000000014L
COUNT NAME   : ALLUMS, STEVEN                    ACCOUNT TYPE: I
IVILEGE GROUP: U
                              TRUST ACCOUNT ACTIVITY

                          * RESTITUTION ACCOUNT ACTIVITY

TE SENTENCED: 04/13/05                        CASE NUMBER: 184348
UNTY CODE: SF                                 FINE AMOUNT: $       400.00

DATE        TRANS.    DESCRIPTION                          TRANS. AMT.      BALANCE
------      ------    -----------------------------        -----------      -------

/31/2007              BEGINNING BALANCE                                      399.46

/15/08      SU01      SYS TRNSF - POS                           0.04-        399.42

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL         TOTAL        CURRENT       HOLDS        TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS     BALANCE      BALANCE       TO BE POSTED
---------    ---------    -----------    ---------    ---------    --------------
   0.00         0.00         0.00          0.00         0.00             0.00

                                                                      CURRENT
                                                                     AVAILABLE
                                                                      BALANCE
                                                                    ------------
                                                                        0.00
                                                                    ------------
```

Steven Adams
H unit 2-14L
V76530 S.Q.S.P
San Quentin CA
94974



Northern District of California
450 Golden Gate Ave
Box 36060
San Francisco CA.

