1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

9    STEVEN J. ALLUMS,                              No. C 08-2231 MHP (pr)

10              Plaintiff,                          **JUDGMENT**

11         v.

12   BOARD OF PRISON HEARING; et al.,

13              Defendants.
                                              /
14

15         This action is dismissed without prejudice to plaintiff filing a petition for writ of

16   habeas corpus if he wishes to challenge the revocation of his parole and without prejudice to

17   him filing an action for damages if he ever has the parole revocation decision set aside.

18         IT IS SO ORDERED AND ADJUDGED.

19   Dated: September 24, 2008

20                                                  Marilyn Hall Patel
                                                   United States District Judge
21
22
23
24
25
26
27
28

*United States District Court*
*For the Northern District of California*